UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED REEVES,

        Plaintiff,                         Case No. 5:04-cv-146

v.                                     Hon. Richard Alan Enslen

JIM JOLLY, et al.,

        Defendants.

_____/

## JUDGMENT APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 1, 2005, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendants Huizing's, Wood's, Hall's, Jensen's, Mygrants', Smith's, Bledsoe's, Goodson's, Huss', Mackey's, Sweet's and Vroman's Rule 56(b) Motion for Summary Judgment (dkt. #42) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Greenfield's Motion for Summary Judgment (dkt. #76) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Tkack and Gilman is **DISMISSED** for Plaintiff's failure to timely effect service.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons

stated in the Report and Recommendation.


Dated in Kalamazoo, MI:                                          /s/Richard Alan Enslen
August 31, 2005                                                    Richard Alan Enslen
                                                                         United States District Judge